KATHY J. McCORMICK, Bar No. 101083
MARTIN & McCORMICK, A.P.C.
319 Harvard Avenue
Claremont, California 91711
Telephone: (909) 626-7894
Facsimile: (909) 626-7815

Attorneys for Plaintiff
GS Investors, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS INVESTORS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN WALKER, an individual, RENAISSANCE HOLDING GROUP, LLC, an Arkansas limited liability company, and WFHG, LLC, an Arkansas limited liability company,<br><br>Defendants. | CASE NO. CV-06641 AHM (Ex)<br><br>Hon. A. Howard Matz, Judge<br><br>DECLARATION OF KATHY J. McCORMICK IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT BY COURT<br><br>[Filed concurrently with Notice of Motion and Motion for Default Judgment by Court, Memorandum fo Points and Authorities, Declaration of Christopher Simon, and [Proposed] Default Judgment by Court]<br><br>DATE:   August 24, 2009<br>TIME:   10:00 a.m.<br>CTRM:   14 |

I, Kathy J. McCormick, declare:

1.    I am competent to testify to the following facts from my personal, first hand knowledge, and if called as a witness I could and would testify competently to the facts set forth in this Declaration.

2.    I am an attorney at law duly licensed to practice before all of the Courts of the State of California, and admitted to practice in the Central District of California. I am a partner in Martin & McCormick, attorneys of record for the

1

Plaintiff, GS Investors, LLC.

3.    On October 22, 2007, Defendants Stephen Walker, an individual, Renaissance Holding Group, LLC, an Arkansas limited liability company, and WFHG, LLC, an Arkansas limited liability company, were served with the Summons and Complaint filed in the action.

4.    Proofs of Service, evidencing such service, were filed with this Court on October 31, 2007.

5.    Defendants were required to file an answer to the Complaint within twenty (20) days, *i.e.*, November 11, 2007.

6.    Defendants have not served or filed any response to the Complaint and no request for any extension of time to file a response has been requested by the Defendants or has granted by this office.

7.    Defendant Stephen Walker is not an infant, incompetent person, or a person in military service or otherwise exempt from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 29th day of July, 2009, at Claremont, California.

Kathy J. McCormick

2

## PROOF OF SERVICE

I, Kathy J. McCormick, declare that I am over the age of eighteen (18) years and not a party to the above-entitled action. My business address is 319 Harvard Avenue, Claremont, California 91711.

On July 29, 2009, I served the documents described as **DECLARATION OF KATHY J. McCORMICK IN SUPPORT OF  MOTION FOR DEFAULT JUDGMENT BY COURT** on the interested parties in this action by placing a true copy thereof, enclosed  in a sealed envelope, addressed as follows:

Stephen Walker                                   Renaissance Holding Group, LLC
110 Pine Terrace                                 110 Pine Terrace
Hot Springs, Arkansas 71901                      Hot Springs, Arkansas 71901

WFHG, LLC
110 Pine Terrace
Hot Springs, Arkansas 71901


__X__    BY MAIL

    __X__    I deposited such envelope in the mail at Claremont, California.  The envelope was mailed with postage thereon fully prepaid.

    __X__    As follows:  I am "readily familiar" with the firm's practice of collection and processing  correspondence  for  mailing.   Under  that  practice,  it  would  be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Claremont, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____    BY PERSONAL SERVICE

    ____    I caused such envelope to be delivered by hand to the offices of the addressee(s).

____    BY FACSIMILE TRANSMISSION

    ____    I caused the above-referenced document(s) to be transmitted to the above-named addressee(s) at the above facsimile number(s).

____    STATE        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__    FEDERAL    I declare that I am a member of the bar of this court.


This declaration was executed at Claremont, California, on July 29, 2009.

_____
Kathy J. McCormick